UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:16-cr-00085-JMS-TAB |
| SHAWN WESLEY WALTER WOLFE (01), | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation dkt [21] recommending that Shawn Wesley Walter Wolfe's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendation dkt [21]. The Court finds that Mr. Wolfe committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision,* dkt [9]. The Court dismisses Violations 2-3, dkt [9] and Violations 4-9, dkt [13]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Wolfe is sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months with no supervised release to follow. The Court recommends placement at USP Marion with drug treatment classes.

Date: 6/29/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal